# EXHIBIT 2

**Chung, Jennifer**

| | |
|---|---|
| **From:** | OGC <ogc@HQ.DHS.GOV> |
| **Sent:** | Wednesday, June 20, 2018 1:17 PM |
| **To:** | Kaya McRuer; JAMES.R.FRACKELTON@CBP.DHS.GOV; ROLON, HENRY |
| **Cc:** | Nancy Talner; Eunice Cho; Matt@nwirp.org; glenda@nwirp.org; leila@nwirp.org |
| **Subject:** | Receipt of acknowledgment ---- Notification of Incident and Claim for Damages under the Federal Tort Claims Act |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good afternoon Ms. Kaya:

Thank you for your recent request. This is a receipt of acknowledgment that we've forwarded your request to the CBP office for review.

In the meantime, should you have any question or need additional information, please feel free to contact our office at ogc@hq.dhs.gov.

Thanks,


Joemo Roye
*Legal Correspondence Analyst*
U.S. Department of Homeland Security
Office of General Counsel -- Management Division
3801 Nebraska Avenue
NAC01, Room 01-018-A
Washington, D.C. 20016-2705
Office Phone: 202-447-4514
Work Mobile: 202-853-4034
Fax: 202-282-9186
Email: joemo.roye@associates.hq.dhs.gov
OGC HQ Legal Correspondence E-mail: ogc@HQ.DHS.GOV

***Warning***Attorney/Client Privilege***Attorney Work Product*** This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the General Counsel, U.S. Department of Homeland Security. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), b(7).

2

**From:** Kaya McRuer [mailto:kmcruer@aclu-wa.org]
**Sent:** Wednesday, June 20, 2018 2:05 PM
**To:** JAMES.R.FRACKELTON@CBP.DHS.GOV; OGC <ogc@HQ.DHS.GOV>; ROLON, HENRY <HENRY.ROLON@cbp.dhs.gov>
**Cc:** Nancy Talner <TALNER@aclu-wa.org>; Eunice Cho <echo@aclu-wa.org>; Matt@nwirp.org; glenda@nwirp.org; leila@nwirp.org
**Subject:** Notification of Incident and Claim for Damages under the Federal Tort Claims Act

Good morning,

Attached please find a courtesy copy of the Notification of Incident and Claim for Damages under the Federal Tort Claims Act, submitted today on behalf of our client Andres Sosa Segura. The listed recipients will receive hard copies via Certified U.S. Mail. Please note that this courtesy copy contains a correction to the zip code of the Office of the General Counsel. Please confirm receipt of this claim notice.

Sincerely,
**Kaya McRuer**
Legal Assistant
Pronouns: she, her

American Civil Liberties Union
Foundation of Washington
901 Fifth Avenue, Suite 630, Seattle, WA 98164

206.624.2184 | kmcruer@aclu-wa.org
www.aclu-wa.org



38